```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 09364
    RICHARD D WATERS
    TONI K WATERS                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-2775    SSN XXX-XX-3246
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/02/06 and confirmed on 12/20/06.

2. The case was converted to Chapter 7 after confirmation, 01/17/2008.

3. The Debtor paid a total of $ 3685.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 23896.94 | .00 | .00 |
| CENTRIX FINANCIAL | SECURED | 8446.67 | 194.21 | 3255.75 |
| ALLIANCE WEST SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTECH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 19504.50 | .00 | .00 |
| AMERICAN COLLECTORS SYST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 929.89 | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 584.07 | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES PERFORMANCE | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM ILLINOIS C U | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 60.83 | .00 | 60.83 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 951.39 | .00 | 30.36 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 90.12 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 30.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9458.89 | 90.12 | 44945.40 | .00 | 54494.41 |

```
PRINCIPAL PAID          3346.94           .00           .00           .00        3346.94
INTEREST PAID            194.21           .00           .00           .00         194.21
TOTAL PAID              3541.15           .00           .00           .00        3541.15
```

The Debtor's attorney, KAREN WALIN                       , was allowed $       .00
and was paid $       .00 .

The Trustee received $    143.85 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE